**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE CESAR FERNANDEZ-ZARATE, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-70273 <br><br> Agency No. A092-741-067 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 13, 2014[**]

Before:    SCHROEDER, THOMAS, and HURWITZ, Circuit Judges

Jose Cesar Fernandez-Zarate, a native and citizen of Mexico, petitions for

review of a Board of Immigration Appeals order dismissing his appeal from an

immigration judge's decision denying his motion to reopen removal proceedings

conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We deny the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

petition for review.

Fernandez-Zarate does not challenge the agency's dispositive determinations that his failure to appear at his hearing was not due to a lack of notice, and that, under *Singh-Bhathal v. INS*, 170 F.3d 943 (9th Cir 1999), the misadvice from a non-attorney regarding the importance of Fernandez-Zarate's appearance at his March 2006 hearing did not constitute an exceptional circumstance. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010).

In light of our disposition, we need not reach Fernandez-Zarate's remaining contentions regarding equitable tolling and compliance with *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988). *See Mendez-Alcaraz v. Gonzales*, 464 F.3d 842, 844 (9th Cir. 2006) (declining to reach nondispositive challenges to a BIA order).

**PETITION FOR REVIEW DENIED.**